# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>Plaintiff,<br><br>v.<br><br>TALBITZER CONSTRUCTION LLC, et al.,<br><br>Defendant. | CASE NO. C11-418 BHS<br><br>ORDER AMENDING CASE SCHEDULE |

This matter came before the Court on Defendants' motion to amend the Case Schedule and continue the discovery cut-off, mediation and trial dates, as well as the other interim dates set forth in the current Case Scheduling order (Dkt. 52). Dkt. 54. The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file.

The Court finds good cause exists to amend the case schedule and **ORDERS** the trial date continued until May 14, 2013. The Clerk will issue an amended scheduling order.

ORDER - 1

Dated this 2nd day of November, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2